# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MCCUNE, | ) | No. CV 07-7668-VBF(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT A. HOREL (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 2-28-12

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge